1   SAMANTHA RUSCAVAGE-BARZ
    (NM Bar No. 23276)
2   17 Orno Creek Road
    Placitas, NM 87043
3   Tel: (505) 750-1598
    Email: Samantha.RuscavageBarz@gmail.com
4
    *Attorney for Plaintiffs*
5

6   JOHN C. CRUDEN, Acting Assistant Attorney General
    JEAN E. WILLIAMS, Section Chief
7   LISA L. RUSSELL, Assistant Section Chief
    H. HUBERT YANG, Trial Attorney
8   (DC Bar No. 491308)
    United States Department of Justice
9   Environment & Natural Resources Division
    Wildlife & Marine Resources Section
10  Ben Franklin Station
    P.O. Box 7369
11  Washington, DC 20044-7369
    Tel: (202) 305-0209
12  Fax: (202) 305-0275
    E-mail: hubert.yang@usdoj.gov
13
    *Attorneys for Defendant*
14

15                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ARIZONA
16
    WILDEARTH GUARDIANS and          )  Case No. CV 09-1166-PHX-FJM
17  WESTERN WATERSHEDS PROJECT,      )
                                     )  STIPULATED SETTLEMENT
18            Plaintiffs,            )  AGREEMENT AND [PROPOSED]
                                     )  ORDER
19       v.                          )
                                     )
20  KENNETH SALAZAR, in his official )
    capacity as Secretary of the United States )
21  Department of the Interior,      )
                                     )
22            Defendant.             )
                                     )

                                        Case No. CV 09-1166-PHX-FJM

                            1

1    This Stipulation is entered into by and between Plaintiffs WildEarth Guardians

2  and Western Watersheds Project (collectively, "Plaintiffs") and Defendant Kenneth

3  Salazar, in his official capacity as Secretary of the United States Department of the

4  Interior.

5    WHEREAS, on October 15, 2008, Plaintiffs submitted to the United States Fish

6  and Wildlife Service ("Service") a petition to list the Sonoran desert tortoise (*Gopherus*

7  *agassizii*) as a threatened or endangered species pursuant to the Endangered Species Act

8  ("ESA"), 16 U.S.C. § 1531 et seq.;

9    WHEREAS, on June 1, 2009, Plaintiffs filed this action to compel a 90-day

10  finding on the petition;

11    WHEREAS, the parties, through their authorized representatives, and without any

12  admission or final adjudication of the issues of fact or law with respect to Plaintiffs'

13  claims, have reached a settlement that they consider to be a just, fair, adequate, and

14  equitable resolution of the disputes set forth in Plaintiffs' complaint;

15    WHEREAS, the parties agree that settlement of this action in this manner is in the

16  public interest and is an appropriate way to resolve the dispute between them;

17    NOW, THEREFORE, the parties hereby stipulate and agree as follows:

18    1.    On or before August 27, 2009, the Service shall submit to the Federal

19  Register a determination as to whether Plaintiffs' petition to list the Sonoran desert

20  tortoise presents substantial information indicating that the petitioned action may be

21  warranted pursuant to 16 U.S.C. § 1533(b)(3)(A).

22

Case No. CV 09-1166-PHX-FJM

1      2.     Either party may seek to modify the deadline for any of the actions

2  specified in Paragraph 1 for good cause shown, consistent with the Federal Rules of

3  Civil Procedure.  In that event, or in the event that either party believes that the other

4  party has failed to comply with any term or condition of this Settlement Agreement

5  ("Agreement"), the parties shall use the dispute resolution procedures specified in

6  Paragraph 3 below.

7      3.     The Order entering this Agreement may be modified by the Court upon

8  good cause shown, consistent with the Federal Rules of Civil Procedure, by written

9  stipulation between the parties filed with and approved by the Court, or upon written

10  motion filed by one of the parties and granted by the Court.  In the event that either party

11  seeks to modify the terms of this Agreement, including the deadline specified in

12  Paragraph 1, or in the event of a dispute arising out of or relating to this Agreement, or

13  in the event that either party believes that the other party has failed to comply with any

14  term or condition of this Agreement, the party seeking the modification, raising the

15  dispute, or seeking enforcement shall provide the other party with notice of the claim.

16  The parties agree that they will meet and confer (either telephonically or in-person) at

17  the earliest possible time in a good-faith effort to resolve the claim before seeking relief

18  from the Court.  If the parties are unable to resolve the claim themselves, either party

19  may seek relief from the Court.

20      4.     No party shall use this Agreement or the terms herein as evidence of what

21  does or does not constitute a reasonable time line for issuing a 90-day finding under 16

22

1  U.S.C. § 1533 in any other proceeding regarding the Service's implementation of the

2  ESA.

3       5.     Defendant agrees that Plaintiffs are the "prevailing party" in this action,

4  and agrees to pay Plaintiffs' reasonable attorneys' fees and costs pursuant to section

5  11(g) of the ESA, 16 U.S.C. § 1540 (g).  Defendant therefore agrees to settle all of

6  Plaintiffs' claims for costs and attorneys' fees in this matter for a total of $2,519.  A

7  check will be made payable in that amount to WildEarth Guardians, c/o Lori Colt, 312

8  Montezuma Avenue, Santa Fe, NM 87501.  Defendant agrees to submit all necessary

9  paperwork for the processing of the attorneys' fee award to the Department of the

10  Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10)

11  business days of receipt of the order approving this Agreement.

12       6.     Plaintiffs agree to accept payment of $2,519 in full satisfaction of any and

13  all claims for attorneys' fees and costs of litigation to which Plaintiffs are entitled in this

14  matter through and including the date of this Agreement.

15       7.     Plaintiffs agree that receipt of this payment from Defendant shall operate

16  as a release of Plaintiffs' claims for attorneys' fees and costs in this matter, through and

17  including the date of this Agreement.

18       8.     The parties agree that Plaintiffs reserve the right to seek additional fees and

19  costs incurred subsequent to this Agreement arising from a need to enforce or defend

20  against efforts to modify the underlying schedule outlined in Paragraph 1 or for any

21  other continuation of this action.  By this Agreement, Defendant does not waive any

22  right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate,

1  in any future litigation or continuation of the present action.  Further, this Agreement as

2  to attorneys' fees and costs has no precedential value and shall not be used as evidence

3  in any other attorneys' fees litigation.

4       9.     Subject to the qualifications in Paragraph 10, no provision of this

5  Agreement shall be interpreted as, or constitute, a commitment or requirement that

6  Defendant take action in contravention of the ESA, the Administrative Procedure Act

7  ("APA"), or any other law or regulation, either substantive or procedural.  Nothing in

8  this Agreement shall be construed to limit or modify the discretion accorded to the

9  Service by the ESA, the APA, or general principles of administrative law with respect to

10  the procedures to be followed in making any determination required herein, or as to the

11  substance of any final determination.

12       10.     Nothing in this Agreement shall be interpreted as, or shall constitute, a

13  requirement that Defendant is obligated to pay any funds exceeding those available, or

14  take any action in contravention of the Anti-Deficiency Act, 31 USC 1341, or any other

15  applicable appropriations law.

16       11.     The parties agree that this Agreement was negotiated in good faith and that

17  this Agreement constitutes a settlement of claims that were denied and disputed by the

18  parties.  By entering into this Agreement, the parties do not waive any claim or defense.

19       12.     The undersigned representatives of each party certify that they are fully

20  authorized by the party or parties they represent to agree to the Court's entry of the terms

21  and conditions of this Agreement and do hereby agree to the terms herein.

22

Case No. CV 09-1166-PHX-FJM

1          13.     The terms of this Agreement shall become effective upon entry of an order

2  by the Court ratifying the Agreement.

3          14.     Upon approval of this Agreement by the Court, all counts of Plaintiffs'

4  complaint shall be dismissed with prejudice.   Notwithstanding the dismissal of this

5  action, however, the parties hereby stipulate and respectfully request that the Court

6  retain jurisdiction to oversee compliance with the terms of this Agreement and to resolve

7  any motions to modify such terms.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511

8  U.S. 375 (1994).

9  Dated: August 19 2009                           Respectfully submitted,

10

                                                 */s/ Samantha Ruscavage-Barz*
11                                               SAMANTHA RUSCAVAGE-BARZ
                                                 (NM Bar No. 23276)
12                                               17 Orno Creek Road
                                                 Placitas, NM 87043
13                                               Tel: (505) 750-1598
                                                 Email: Samantha.RuscavageBarz@gmail.com
14
                                                 *Attorney for Plaintiffs*
15

16                                               JOHN C. CRUDEN
                                                 Acting Assistant Attorney General
17                                               JEAN E. WILLIAMS
                                                 Section Chief
18                                               LISA L. RUSSELL
                                                 Assistant Section Chief
19

20                                               */s/ H. Hubert Yang*
                                                 H. HUBERT YANG
21                                               United States Department of Justice
                                                 Environment & Natural Resources Division
22                                               Wildlife & Marine Resources Section
                                                 601 D Street, N.W., Room 3710

                                                 Case No. CV 09-1166-PHX-FJM

1

Washington, DC 20004
Tel: (202) 305-0209

2

Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

3

*Attorneys for Defendant*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Case No. CV 09-1166-PHX-FJM

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 19, 2009, I electronically filed the foregoing

3

Stipulated Settlement Agreement and [Proposed] Order with the Clerk of the Court using

4

the CM/ECF system, which will send notification of this filing to the attorneys of record.

5

_/s/ H. Hubert Yang_
H. HUBERT YANG
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3710
Washington, DC 20004
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

6

7

8

9

10

11

_Attorney for Defendant_

12

13

14

15

16

17

18

19

20

21

22

Case No. CV 09-1166-PHX-FJM