1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

WILDEARTH GUARDIANS and          )  Case No. CV 09-1166-PHX-FJM
9   WESTERN WATERSHEDS PROJECT,       )
                                      )  ORDER
10            Plaintiffs,             )
                                      )
11        v.                          )
                                      )
12   KENNETH SALAZAR, in his official )
     capacity as Secretary of the United States )
13   Department of the Interior,      )
                                      )
14            Defendant.              )
                                      )
15   _____ )

16        The terms and conditions of this Stipulated Settlement Agreement (doc. 18) are

17   hereby adopted as an enforceable order of this court, and this action is hereby

18   DISMISSED with prejudice.

19        Dated this 24th day of August, 2009.

20

21        _____
                    Frederick J. Martone
22               United States District Judge